MCGREGOR W. SCOTT
United States Attorney
David Gappa
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL VINCENT SALAZAR JR.,<br><br>Defendant. | CASE NO. 1:20-MJ-00010 SAB<br><br>STIPULATION TO MOVE PRELIMINARY HEARING DATE<br><br>PROPOSED DATE: February 6, 2020<br>TIME: 2:00 p.m. |

**STIPULATION**

Plaintiff United States of America, by and through counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order (on January 21, 2020), this matter was set for a preliminary hearing on February 4, 2020. That date was selected to comply with Rule 5.1 of the Federal Rules of Criminal Procedure. The court scheduled a detention hearing for January 24, 2020.

2. The court and parties were prepared to conduct a detention hearing on January 24, 2020, but unfortunately the defendant could not be present due to a quarantine imposed at the Fresno County Jail where he has been ordered (temporarily) detained. The court rescheduled the detention hearing for

1  February 6, 2020, at 2:00 p.m.

2      3.    As is apparent from reviewing the criminal complaint, there have been lengthy investigations by multiple law enforcement agencies in this matter, and the United States Attorney's Office has been receiving a substantial amount of investigative reports to review and organize. Continuing the preliminary hearing date will provide additional time to organize the material and prepare it for release in discovery. It will also reduce the possibility that a superseding indictment will be necessary.

    4.    Several victim family members attended the hearing on January 24, 2020, only to learn that the hearing has been rescheduled. Several are interested in attending future hearings, and given the distance that they must travel from Stanislaus County, consolidating the preliminary and detention hearings will make the proceedings more efficient for the court, the parties, the United States Marshals Service, and any family member(s) who wish to attend the next hearings.

    5.    The defendant does not object to consolidating the preliminary hearing and detention hearing and having both on February 6, 2020, at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  January 28, 2020                                  McGREGOR W. SCOTT
                                                                               United States Attorney

                                                                               /s/ David Gappa
                                                                               David Gappa
                                                                               Assistant United States Attorney

Dated:  January 28, 2020                                  /s/ Matthew Lemke
                                                                              Matthew Lemke
                                                                               Counsel for Defendant
                                                                               DANIEL Vincent SALAZAR jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DANIEL VINCENT SALAZAR JR.,<br><br>              Defendant. | CASE NO. 1:20-MJ-00010 SAB<br><br>ORDER ON STIPULATION TO MOVE PRELIMINARY HEARING DATE |

**ORDER**

IT IS HEREBY ORDERED that the preliminary hearing, currently scheduled for February 4, 2020, at 2:00 p.m., be reset to February 6, 2020, at 2:00 p.m.

For the reasons outlined in the stipulation filed on January 28, 2020, the court finds that there is good cause for the continuance.

IT IS SO ORDERED.

Dated:   **January 29, 2020**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE