HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC KERSTEN, SBN #226429
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
DANIEL SALAZAR, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL SALAZAR, JR.,<br><br>　　　　　　　　Defendant. | Case No.  1:20-cr-00025-NONE-SKO<br><br>JOINT STIPULATION/STATUS REPORT; ORDER<br><br>DATE:   January 20, 2021<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing in the above-captioned matter now set for December 16, 2020, before the Honorable Sheila K. Oberto, be continued to January 20, 2021.

　　　　The government has represented that it intends to provide a number of the discovery items requested by Mr. Salazar.  At this time, it appears that the parties need additional time to further ascertain what specific discovery items will be provided and what items will be in dispute for the purposes of the previously filed discovery motion.

　　　　Based on the foregoing, the parties agree that the delay resulting from the motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excludable.  Further, the ends of justice served by the aforementioned request outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties

agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D); (h)(7)(A).

                                                            Respectfully submitted,

                                                            McGREGOR SCOTT
                                                            United States Attorney

DATED: December 10, 2020          By:    /s/ *David Gappa*
                                                            DAVID GAPPA
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff

                                                            HEATHER E. WILLIAMS
                                                           Federal Defender

DATED: December 10, 2020          By:    /s/ *Eric Kersten*
                                                            ERIC KERSTEN
                                                            MATTHEW LEMKE
                                                            Assistant Federal Defender
                                                            Attorneys for Defendant
                                                            DANIEL SALAZAR

**ORDER**

Based on a showing of good cause, the Court hereby orders that, the status conference scheduled for December 16, 2020 is continued to January 20, 2021.

IT IS SO ORDERED.

Dated:   **December 10, 2020**                      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE