IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DANIEL VINCENT SALAZAR,<br><br>　　　　　　　Defendant. | CASE NO.  1:20-CR-00025-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>PROPOSED DATE: March 19, 2024<br>TIME: 8:30. a.m.<br>COURT: Hon. Jennifer L. Thurston |

**FINDINGS AND ORDER**

The Court has reviewed and considered the stipulation filed by the parties on August 8, 2023, and the record of this case.  The matter is rescheduled for a trial to begin on March 19, 2024, at 8:30 a.m. before Judge Jennifer L. Thurston.  For the reasons stated in the stipulation the period of time from August 21, 2023, through March 19, 2024, is deemed excludable under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at the request of the parties on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

The trial confirmation/pretrial conference is set on January 22, 2024 at 11:00 a.m. The hearing on any motions in limine is set on February 26, 2024, at 10:00 am.

IT IS SO FOUND.
IT IS SO ORDERED.

Dated:   **August 9, 2023**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE