ERIC V. KERESTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant Daniel Vincent Salazar, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL VINCENT SALAZAR, Jr.,<br><br>Defendant. | No.  1:20-CR-00025-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

On February 6, 2020, Defendant Daniel Vincent Salazar, Jr. was indicted on federal charges. On January 24, 2025, CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr. Salazar in his criminal case. Mr. Salazar was sentenced pursuant to a plea agreement on March 10, 2025. The time for filing a direct appeal was March 27, 2025. No direct appeal was filed. Mr. Salazar was in custody at sentencing. The trial phase of Mr. Salazar's criminal case has, therefore, come to an end. Having completed his representation of Mr. Salazar, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Salazar require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 24, 2025

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
Daniel Vincent Salazar, Jr.

**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Daniel Vincent Salazar, Jr. at the following address and to update the docket to reflect Defendant's pro se status and contact information.

DANIEL VINCENT SALAZAR, Jr.
FMC Devens
Federal Medical Center
P.O. Box 879
Ayer, MA 01432

**IT IS SO ORDERED**

Dated: April 25, 2025

UNITED STATES DISTRICT JUDGE